FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS
02/22/2023 07:03 PM
CV 2023 01 0209

BUTLER COUNTY
COURT OF COMMON PLEAS
CASE NO: CV 2023 01 0209

SHIRI HODGE
    55 KELLY DRIVE
    OXFORD, OH 45046                               PLAINTIFF,

v.

FAMILY DOLLAR SERVICES, LLC
    SERVE: CORPORATION SERVICE COMPANY
    3366 RIVERSIDE DRIVE, SUITE 103
    UPPER ARLINGTON, OH 43221

    ALSO SERVE: FAMILY DOLLAR STORES, INC.
    10401 MONROE RD
    MATTHEWS, NORTH CAROLINA 28105

    ALSO SERVE: FAMILY DOLLAR #752
    4150 HAMILTON CLEVES ROAD
    FAIRFIELD, OH 45014

AND

JOHN DOE CONTRACTOR                                         DEFENDANTS.

## AMENDED COMPLAINT

Come now the Plaintiff, who is named in the caption above, by and through counsel, and for their complaint against the Defendant named in the caption above, state and aver as follows:

### PARTIES, JURISDICTION, AND VENUE

1. At all relevant times the Plaintiff, Shiri Hodge, was a resident of 55 Kelly Drive, Oxford, Ohio 45056.

2. Defendant, Family Dollar Services, LLC (hereinafter referred to as Family Dollar), is a foreign corporation registered to do business in the state of Ohio whose registered agent for service of process is Corporation Service Company, located at the address 3366 Riverside Drive, Suite 103, Upper Arlington, Ohio 43221.

3. Defendant, John Doe Contractor, was a contractor employed by Family Dollar, responsible for the maintenance of the faucet on Family Dollar's premises.

4. This Court has jurisdiction over this matter, pursuant to Ohio Rev. Code Ann. § 2305.01, as the amount in controversy exceeds the jurisdictional minimum.

5. Venue is proper in this Court, because the injury alleged herein occurred within the boundaries of this county.

### FACTS

6. On or about March 6, 2021, Plaintiff, Shiri Hodge, was a lawful business invitee on the premises owned, controlled, and maintained by Family Dollar, located at 4150 Hamilton Cleves Rd, Ross, Ohio 45014.

7. On March 6, 2021, Family Dollar failed to maintain a leaking faucet outside of their store.

8. The water leaking from the faucet on Family Dollar's building ran off and froze over the sidewalk near the entrance of the Family Dollar.

9. Family Dollar made no attempts prior to Plaintiff's fall to correct or warn business invitees of the hazard.

10. Plaintiff, Shiri Hodge, while walking outside of the Family Dollar, slipped on the ice below her.

11. The factors set forth in the preceding paragraphs caused the Plaintiff to fall.

12. Plaintiff did not receive any warning, or see any cautionary signage, that would have alerted the Plaintiff to the possibility of a hazard.

13. Plaintiff could not have observed, and did not observe, the hazard that caused the fall prior to falling.

14. Plaintiff was immediately and permanently injured, as will be set forth in discovery and proven by documents including, but not limited to, medical records and billing.

15. Plaintiff further suffered a related loss of earning capacity and lost wages.

16. Plaintiff experienced and will continue to experience physical pain and suffering, and loss of enjoyment of life.

## COUNT I: NEGLIGENCE FOR PREMISES LIABILITY

17. Plaintiff fully incorporates all of the preceding paragraphs as if fully rewritten herein.

18. Defendant had a duty to warn Plaintiff of hazards on the premises that were known, or which should have been known to Defendant.

19. Defendant – either personally or through its employees and/or agents – was responsible for the maintenance, upkeep, and repair of the premises on the day Plaintiff was injured.

20. Defendant – either personally or through its employees and/or agents – was responsible for warning business invitees of known hazardous conditions.

21. Defendant – either personally or through its employees and/or agents – negligently failed to inspect, remedy, and/or cure the hazard to make the premises reasonably safe for those such as Plaintiff.

22. Defendant – either personally or through its employees and/or agents – failed to warn of the known hazardous condition.

23. As a direct and proximate result of the Defendant's negligence, Plaintiff suffered severe bodily injuries and damages which will be made known through discovery.

## COUNT II: NEGLIGENT MAINTENANCE AND REPAIR

24. Plaintiff fully incorporates all of the preceding paragraphs as if fully rewritten herein.

25. Defendant John Doe Contractor was responsible for the maintenance, upkeep, and repair of the leaking faucet on the premises on the day Plaintiff was injured.

26. Defendant John Doe Contractor – either personally or through its employees and/or agents – negligently failed to inspect, remedy, and/or cure the hazard to make the leaking faucet on the premises reasonably safe for those such as the plaintiff.

27. As a direct and proximate result of the Defendant's negligence, Plaintiff suffered severe bodily injuries and damages which will be made known through discovery.

**WHEREFORE,** the Plaintiff pray as follows:

(a) For judgment in favor of the named Plaintiff against the named Defendant, jointly and severally, for past pain and suffering, future pain and suffering, past medical expenses, future medical expenses, past wage loss, future loss of earning capacity, loss of consortium, the increased likelihood of future complications and the loss of the enjoyment of life, all in excess of the minimum jurisdictional requirements of this court;

(b) For interest at the maximum legal rate until said judgments are paid in full by Defendant;

(c) For their court costs, herein expended;

(d) For any and all other relief to which Plaintiff may appear entitled.

Respectfully Submitted,

/s/Peter A. Tripp
_____
Peter A. Tripp, Esq.

pete@lawrencelaws.com
LAWRENCE & ASSOCIATES, LLC
50 E Business Way, Ste 110
Cincinnati, OH 45241
Ph: (513) 351-5997
Fx: (859) 371-5991
*Attorney for Plaintiff*

## INSTRUCTIONS TO THE CLERK

Please serve the Complaint on all Defendants at the addresses identified in the caption.

/s/Peter A. Tripp
_____
Peter A. Tripp, Esq.